MATILDA LEONARD DUPEE, Respondent, v. THE TRAVELERS INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Motion for leave to appeal to

the Appellate Division granted. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.